FILED  
United States Court of Appeals  
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

October 30, 2025

Christopher M. Wolpert  
Clerk of Court

─────────────────────────────

REH COMPANY, LLC,

    Petitioner,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, et al.,

    Respondents.

No. 25-9579

─────────────────────────────

**ORDER**

─────────────────────────────

This matter is before the court on *Petitioner REH Company, LLC's Unopposed Motion to Hold Case in Abeyance*.

Petitioner REH moves to abate this petition for review until resolution of REH's petition for review in the U.S. Court of Appeals for the District of Columbia Circuit, *REH Co., LLC v. EPA*, No. 25-1220 (D.C. Cir. filed Oct. 21, 2025). The motion to abate states that REH filed the Tenth Circuit petition as a protective measure in case there is uncertainty as to the proper forum for judicial review; and, if the D.C. Circuit determines that petition no. 25-1220 is properly before it, REH will dismiss the Tenth Circuit petition. Federal Respondents do not oppose the relief requested.

Upon consideration, REH's motion to abate this petition for review pending resolution of REH's petition for review in the D.C. Circuit is GRANTED.

All pending deadlines including the filing of the agency record are vacated, and this petition is ABATED pending further order of the court.

Federal Respondents *Unopposed Motion for Extension of Case Deadlines in Light of Lapse of Appropriations* is denied at this time because case deadlines are vacated pursuant to this order abating the petition on REH's unopposed motion.

Within 60 days of the date of this order, REH shall file a status report to advise this court of the status of the petition in the D.C. Circuit. Otherwise, either party may promptly inform the court of any developments that materially impact the abatement of this petition.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk